IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:10-CR-251-4-TWT |
| GUILLERMO BARRIGA SILVESTRE also known as Panchito, | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 600] recommending denying the Defendant's Motion to Vacate Sentence [Doc. 599] as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 599] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 10 day of October, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge